IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JAMES I. PRATER, et al.
    Plaintiffs,

v.

OHIO EDUCATION ASSOCIATION,
    Defendant.

Case No. 2:04-cv-1077

JUDGE EDMUND A. SARGUS, JR.

MAGISTRATE JUDGE NORAH MCCANN KING

## ORDER

The Court hereby **ORDERS** that the settlement conference deadlines included at page 3 of the Court's October 2, 2009 Order Setting Trial Date and Settlement Conference (Doc. 179) are modified as follows, as agreed by the parties on October 5, 2009. Plaintiffs will submit a written settlement demand to opposing counsel no later than October 8, 2009; Defendants will respond in writing to the settlement demand no later than October 13, 2009; and each party shall submit to Chambers a Confidential Assessment letter no later than October 15, 2009.

**IT IS SO ORDERED.**

10-5-2009
**DATED**

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE