IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JAMES I. PRATER,
    et al.,
        Plaintiffs,

vs.

        Case No. C2-04-1077
        Judge Edmund A. Sargus, Jr.
        Magistrate Judge Norah McCann King

OHIO EDUCATION ASSOCIATION,

    Defendant.

## ORDER

The parties have entered into a Stipulation and Settlement Agreement resolving Plaintiffs' claims, subject to approval of the Court. This matter is scheduled for a Fairness Hearing on April 29, 2010. Accordingly, the Clerk is directed to terminate the following motions as moot, subject to reactivation should the settlement fail for any reason:

| Doc. 146 | Motion for Sanctions |
| Doc. 147 | Motion to Exclude Expert Testimony |
| Doc. 149 | Defendant's Motion for Partial Summary Judgment |
| Doc. 151 | Plaintiffs' Motion for Summary Judgment |
| Doc. 177 | Motion for Leave to File Supplemental Memorandum |

**IT IS SO ORDERED.**

2-10-2010
**DATED**

EDMUND A. SARGUS, JR.
**UNITED STATES DISTRICT JUDGE**