AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

JAMES PRATER, et al.,

       Plaintiffs,

vs.

OHIO EDUCATION
ASSOCIATION,

       Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NO.  C2-04-1077
JUDGE EDMUND A, SARGUS, JR.
MAGISTRATE JUDGE NORAH MCCANN KING

___   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

Pursuant to the Order filed May 11, 2010, JUDGMENT is hereby entered DISMISSING this case.

Date: May 11, 2010                                    JAMES BONINI, CLERK

                                                         */S/ Andy F. Quisumbing*
                                                         (By) Andy F. Quisumbing
                                                         Courtroom Deputy Clerk