AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**JAMES PRATER, et al.,**

       **Plaintiffs,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CASE NO. C2-04-1077**
**OHIO EDUCATION**        **JUDGE EDMUND A, SARGUS, JR.**
**ASSOCIATION,**        **MAGISTRATE JUDGE NORAH MCCANN KING**

       **Defendant.**

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed May 11, 2010, JUDGMENT is hereby entered DISMISSING this case.**

Date: May 11, 2010        JAMES BONINI, CLERK

       */S/ Andy F. Quisumbing*
       (By) Andy F. Quisumbing
       Courtroom Deputy Clerk